IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Miguel A. Colon, Sr.    :    Chapter 13
:
Debtor    :    Bankruptcy No.: 16-17432-amc
_____

CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for debtor Miguel A. Colon, Sr., hereby certify that a true and correct copy of Debtor's proposed Amended Chapter 13 Plan dated and docketed July 19, 2017 was served on the following parties on July 19, 2017, as follows:

*via First Class Mail, postage pre-paid:*

Catrina Price Simpson, Bankr. Spec.
OneMain Financial Group, LLC
asf Wells Fargo Bank, N.A.,
as Issuer Loan Trustee for OneMain Financial
Issuance Trust 2014-2
605 Munn Road, Ft. Mill SC 29715

Nakia Brown, Bankr. Coordinator
Credit Acceptance Corporation
25505 W. 12 Mile Road, Suite 3000
Southfield, MI 48034

*via Electronic Filing (ECF):*

Brian Craig Nicholas, Esquire on behalf of JPMorgan Chase Bank, National Association
agornall@kmllawgroup.com, bkgroup@kmllawgroup.com

William C. Miller, Esquire
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                LAW OFFICE OF STEPHEN J. ROSS, PC

By:    */s/ Joseph Quinn*
        Joseph Quinn, Esquire
        Attorney I.D. No. 307467
        152 E. High Street, Suite 100
        Pottstown, PA 19464
        T: 610.323.5300
        F: 610.323.6081
        JQuinn@SJR-LAW.com
        Counsel for Debtor

Date:  July 19, 2017