## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Miguel A. Colon Sr., aka Miguel Antonio Colon, Sr., aka Mike Colon<br><br>　　　　　　　　　　Debtor<br><br>JPMorgan Chase Bank, National Association, its successors and/or assigns<br>　　　　　　　　　　Movant<br>　　　　vs.<br><br>Miguel A. Colon Sr., aka Miguel Antonio Colon, Sr., aka Mike Colon<br>　　　　　　　　　　Debtor | CHAPTER 13<br><br><br><br><br>NO. 16-17432 AMC<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of JPMorgan Chase Bank, National Association, which was filed with the Court on or about **April 25, 2017**.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/ Matteo S. Weiner , Esquire**
　　　　　　　　　　　　　　　　　　　Matteo S. Weiner, Esquire
　　　　　　　　　　　　　　　　　　　mweiner@kmllawgroup.com
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　Attorneys for Movant
　　　　　　　　　　　　　　　　　　　215-627-1322

July 24, 2017