# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 16-17432-AMC

MIGUEL A. COLON, SR.

303 REVERE COURT

COATESVILLE, PA 19320

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  MIGUEL A. COLON, SR.

  303 REVERE COURT

  COATESVILLE, PA 19320

Counsel for debtor(s), by electronic notice only.

  JOSEPH L QUINN
  152 E HIGH ST
  SUITE 100
  POTTSTOWN, PA 19464-

Date: 6/4/2018

                              /S/ William C. Miller
                              _____
                              William C. Miller, Esquire
                              Chapter 13 Standing Trustee