United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-17432-amc
Miguel A. Colon, Sr.                                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: DonnaR         Page 1 of 2              Date Rcvd: Jul 02, 2018
                           Form ID: 210U         Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2018.
db             +Miguel A. Colon, Sr.,    303 Revere Court,    Coatesville, PA 19320-5923
13811579        Brandywine Hospital,    PO Box 503540,    Saint Louis, MO 63150-3540
13811581       +Credit Acceptance Corporation,    Attn: Bankruptcy Dept,     25505 West 12 Mile Rd Ste 3000,
                Southfield, MI 48034-8331
13868193        Emergency Physician Associates of PA, PC,     PO Box 1123,    Minneapolis MN 55440-1123
13811584       +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7142,    Columbus, OH 43219-6009
13881303       +JPMorgan Chase Bank, National Association,     Chase Records Center,    Attn: Correspondence Mail,
                Mail Code LA4-555,    700 Kansas Lane,    Monroe, LA 71203-4774
13811585       +Keybank Na,    1 Hudson City Ctr,    Hudson, NY 12534-2354

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jul 03 2018 02:35:23     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 03 2018 02:34:59
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 03 2018 02:35:15     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13811578        E-mail/Text: banko@berkscredit.com Jul 03 2018 02:34:45     Berks Credit & Collections,
                Po Box 329,    Attn: Bankruptcy,    Temple, PA 19560-0329
13811580       +E-mail/PDF: cbp@onemainfinancial.com Jul 03 2018 02:48:42     Citifinancial/Onemain,
                Citifinancial Inc.,    Pob 140489,    Irving, TX 75014-0489
13811582       +E-mail/PDF: creditonebknotifications@resurgent.com Jul 03 2018 02:49:32     Credit One Bank Na,
                Po Box 98872,    Las Vegas, NV 89193-8872
13811583       +E-mail/Text: fnb.bk@fnfg.com Jul 03 2018 02:35:12     First Niagara Bank,    1 Hudson City Ctr,
                Hudson, NY 12534-2355
13818366       +E-mail/Text: key_bankruptcy_ebnc@keybank.com Jul 03 2018 02:35:10     KeyBank N.A.,
                4910 Tiedeman Road,    Brooklyn, OH 44144-2338
13859216        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 03 2018 02:48:52
                LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13811586       +E-mail/PDF: cbp@onemainfinancial.com Jul 03 2018 02:48:42     OneMain Financial Group, LLC,
                6801 Colwell Blvd,    Mail Stop: NTSB: 1310,    Irving, TX 75039-3198
13848958       +E-mail/PDF: cbp@onemainfinancial.com Jul 03 2018 02:50:05     OneMain Financial Group, LLC,
                605 Munn Road,    Fort Mill SC 29715-8421
13811587       +E-mail/Text: bankruptcygroup@peco-energy.com Jul 03 2018 02:34:45     PECO,
                2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13839921       +E-mail/Text: bankruptcygroup@peco-energy.com Jul 03 2018 02:34:45     PECO Energy Company,
                Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
                                                                                        TOTAL: 13

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13811588        ##+Virtuoso Sourcing Grou,    3033 S Parker Rd,    Aurora, CO 80014-2919

                                                                          TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2018                          Signature:  /s/Joseph Speetjens

District/off: 0313-2          User: DonnaR          Page 2 of 2          Date Rcvd: Jul 02, 2018
                              Form ID: 210U         Total Noticed: 20

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2018 at the address(es) listed below:
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
          JOSEPH L QUINN    on behalf of Debtor Miguel A. Colon, Sr. CourtNotices@sjr-law.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                           TOTAL: 6

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

---

In Re: Miguel A. Colon, Sr.                                     Case No: 16–17432–amc

      Debtor(s)

---

### *CLERK'S NOTICE RE: PRESUMPTION OF ABUSE*

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

Dated: 7/2/18

For The Court

Timothy B. McGrath
Clerk of Court

58
Form 210U