United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-17432-amc
Miguel A. Colon, Sr.                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Lisa              Page 1 of 2              Date Rcvd: Jul 06, 2018
                              Form ID: 309A           Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2018.
db         +Miguel A. Colon, Sr.,    303 Revere Court,    Coatesville, PA 19320-5923
tr         +MICHAEL H KALINER,   Michael H. Kaliner Trustee,    350 South Main Street,    Suite 105,
             Doylestown, PA 18901-4872
13811579    Brandywine Hospital,    PO Box 503540,    Saint Louis, MO 63150-3540
13811581   +Credit Acceptance Corporation,    Attn: Bankruptcy Dept,    25505 West 12 Mile Rd Ste 3000,
             Southfield, MI 48034-8331
13868193    Emergency Physician Associates of PA, PC,    PO Box 1123,   Minneapolis MN 55440-1123
13811584   +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,   OH4-7142,   Columbus, OH 43219-6009
13881303   +JPMorgan Chase Bank, National Association,    Chase Records Center,   Attn: Correspondence Mail,
             Mail Code LA4-555,    700 Kansas Lane,    Monroe, LA 71203-4774
13811585   +Keybank Na,    1 Hudson City Ctr,    Hudson, NY 12534-2354
13895178   +Law Office of Stephen Ross, P.C.,    152 E. High Street, Suite 100,    Pottstown, PA 19464-5480
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty         E-mail/Text: CourtNotices@sjr-law.com Jul 07 2018 01:32:01      JOSEPH L QUINN,
             The Law Office of Stephen Ross PC,    152 E. High Street, Suite 100,    Pottstown, PA   19464
smg         E-mail/Text: megan.harper@phila.gov Jul 07 2018 01:32:54      City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA   19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 07 2018 01:32:28
             Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA   17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 07 2018 01:32:43      U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust        +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jul 07 2018 01:32:30      United States Trustee,
             Office of the U.S. Trustee,    833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
13811578    E-mail/Text: banko@berkscredit.com Jul 07 2018 01:32:06      Berks Credit & Collections,
             Po Box 329,   Attn: Bankruptcy,    Temple, PA 19560-0329
13811580   +EDI: AGFINANCE.COM Jul 07 2018 05:28:00      Citifinancial/Onemain,    Citifinancial Inc.,
             Pob 140489,   Irving, TX 75014-0489
13811582   +EDI: RCSFNBMARIN.COM Jul 07 2018 05:28:00      Credit One Bank Na,    Po Box 98872,
             Las Vegas, NV 89193-8872
13811583   +E-mail/Text: fnb.bk@fnfg.com Jul 07 2018 01:32:41      First Niagara Bank,   1 Hudson City Ctr,
             Hudson, NY 12534-2355
13818366   +E-mail/Text: key_bankruptcy_ebnc@keybank.com Jul 07 2018 01:32:38      KeyBank N.A.,
             4910 Tiedeman Road,   Brooklyn, OH 44144-2338
13859216    EDI: RESURGENT.COM Jul 07 2018 05:28:00     LVNV Funding, LLC its successors and assigns as,
             assignee of FNBM, LLC,    Resurgent Capital Services,   PO Box 10587,
             Greenville, SC 29603-0587
13811586   +EDI: AGFINANCE.COM Jul 07 2018 05:28:00      OneMain Financial Group, LLC,   6801 Colwell Blvd,
             Mail Stop: NTSB: 1310,    Irving, TX 75039-3198
13848958   +EDI: AGFINANCE.COM Jul 07 2018 05:28:00      OneMain Financial Group, LLC,   605 Munn Road,
             Fort Mill SC 29715-8421
13811587   +E-mail/Text: bankruptcygroup@peco-energy.com Jul 07 2018 01:32:06      PECO,
             2301 Market Street, S23-1,   Philadelphia, PA 19103-1380
13839921   +E-mail/Text: bankruptcygroup@peco-energy.com Jul 07 2018 01:32:06      PECO Energy Company,
             Attn: Merrick Friel,    2301 Market Street, S23-1,   Philadelphia, PA 19103-1380
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13811588      ##+Virtuoso Sourcing Grou,    3033 S Parker Rd,   Aurora, CO 80014-2919
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2018                            Signature:  /s/Joseph Speetjens

```
District/off: 0313-2           User: Lisa                Page 2 of 2            Date Rcvd: Jul 06, 2018
                               Form ID: 309A             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2018 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              JOSEPH L QUINN    on behalf of Debtor Miguel A. Colon, Sr. CourtNotices@sjr-law.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
              REBECCA ANN SOLARZ    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Miguel A. Colon Sr.** | Social Security number or ITIN | **xxx–xx–9884** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed in chapter **13** | **10/21/16** |
| Case number: | **16–17432–amc** | Date case converted to chapter **7** | **7/2/18** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Miguel A. Colon Sr. | |
| 2. | **All other names used in the last 8 years** | aka Miguel Antonio Colon Sr., aka Mike Colon | |
| 3. | **Address** | 303 Revere Court<br>Coatesville, PA 19320 | |
| 4. | **Debtor's attorney**<br>Name and address | JOSEPH L QUINN<br>The Law Office of Stephen Ross PC<br>152 E. High Street, Suite 100<br>Pottstown, PA 19464 | Contact phone (610) 323–5300<br><br>Email:  CourtNotices@sjr–law.com |
| 5. | **Bankruptcy trustee**<br>Name and address | MICHAEL H KALINER<br>Michael H. Kaliner Trustee<br>350 South Main Street<br>Suite 105<br>Doylestown, PA 18901 | Contact phone 215–230–4250<br><br>Email:  mhkaliner@gmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 7/6/18 |
| **7.** **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 3, 2018 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**601 West Town Road, West Chester, PA 19380** |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 10/2/18** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                            page **2**