Certificate Number: 05781-PAE-DE-031467129

Bankruptcy Case Number: 16-17432



05781-PAE-DE-031467129

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 13, 2018, at 4:38 o'clock PM PDT, Miguel Colon completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: August 13, 2018

By: /s/Allison M Geving

Name: Allison M Geving

Title: President